**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 97-1793**

───────────────

MARTINA D. EVANS,

                              Plaintiff - Appellant,

        versus

UNITED  STATES  FIDELITY  &  GUARANTY  COMPANY;
TONI GIORDANO; RAY VALLE,

                              Defendants - Appellees.

───────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson E. Legg, District Judge. (CA-95-
2318-L)

───────────────

Submitted:  November 6, 1997      Decided:  November 19, 1997

───────────────

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Martina  D.  Evans,  Appellant Pro Se.   Bruce  Stephen  Harrison,
Francis William Connolly, SHAWE & ROSENTHAL, Baltimore, Maryland,
for Appellees.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellees' motion for summary judgment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court and deny Appellees' motion to strike. Evans v. USF&G Co., No. CA-95-2318-L (D. Md. Apr. 25, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED